UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Criminal No. 11- MJ-30072

vs.

                                             PAUL D. BORMAN
ERIC MITCHELL,                     UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge R. Steven Whalen dated February 14, 2011. Government and defendant having agreed to certain bond conditions, therefore; the Court will accept the Magistrate Judge's Report and Recommendation and bond of $150,000.00 may be secured by real estate in the State of California.

      SO ORDERED.

                                                     S/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: February 15, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 15, 2011.

                                            S/Denise Goodine
                                            Case Manager