UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CRIMINAL NO. 11-mj-30072

v.

D-1,  ERIC MITCHELL,
    Defendant.
_____/

## ORDER ALLOWING THE POSTING OF REAL PROPERTY TO SECURE BOND

This matter is before the Court on stipulation of the parties requesting the Court's permission pursuant to Local Rule 46.1(b)(2) to allow the Clerk of the Court to accept the posting of real property as collateral for a release bond, with the Court being duly advised of the circumstances. Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court may accept the posting of real property located in the Central District of California, described as 17668 Cypress Circle, Carson, CA 90746-7415, Los Angeles County, CA, as collateral for bond in the above-captioned matter.

IT IS SO ORDERED.

_____
Honorable Paul D. Borman
United States District Court Judge

Dated: 2-14-11